O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | SA CR 07-114-AHS |
| v. | ) | ORDER OF DETENTION AFTER HEARING |
| ORLANDO SANTANA- JAIMES, | ) | (18 U.S.C. § 3142(i)) |
| Defendant. | ) | |

I.

A.  ( ) On motion of the Government involving an alleged

    1.  ( )  crime of violence;

    2.  ( )  offense with maximum sentence of life imprisonment or death;

    3.  (X)  narcotics or controlled substance offense with maximum sentence of ten or more years

       (21 U.S.C. §§  801,/951, et. seq.,,/955a);

    4.  ( )  felony - defendant convicted of two or more prior offenses described above.

    5.  ( )  offense under 18 U.S.C. § 924(c), § 956(a), or 2332b.

    6.  ( )  any felony that is not otherwise a crime of violence that involves a minor victim, or

possession or use of a firearm or destructive device or other dangerous weapon, or failure to

register under 18 U.S.C. § 2250.

B.  On motion ( ) (by the Government) / ( ) (by the Court <u>sua</u> <u>sponte</u> involving)

1.  ( ) serious risk defendant will flee;

2.  ( )  serious risk defendant will

    a. ( )   obstruct or attempt to obstruct justice;

    b. ( )   threaten, injure, or intimidate a prospective   witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonable assure:

A.  (X)   appearance of defendant as required; and/or

B.  ( X)    safety of any person or the community;

III.

The Court has considered:

A.  (X)    the nature and circumstances of the offense;

B.  (X)    the weight of evidence against the defendant;

C.  (X)    the history and characteristics of the defendant;

D.  ( )    the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A.  ( ) Defendant poses a risk to the safety of other persons or the community because:


B.  ( ) History and characteristics indicate a serious risk that defendant will flee because:


C.  ( ) A serious risk exists that defendant will:

    1. ( )   obstruct  or  attempt to  obstruct  justice;

    2. ( )   threaten, injure or intimidate a witness/ juror; because:

D.  ( X)    **Defendant has not rebutted by sufficient evidence to the contrary the presumption provided in 18 U.S.C. § 3142 (E). Bond is also moot as Defendant is detained on another offense.**

---

1    IT IS ORDERED that defendant be detained prior to trial.

2    IT IS FURTHER ORDERED that defendant be confined as far as practicable in a corrections

3  facility separate from persons awaiting or serving sentences or person held pending appeal.

4    IT IS FURTHER ORDERED that defendant be afforded reasonable opportunity for private

5  consultation with his counsel.

6

7

8  Dated: August 6, 2007

9

10                                    _____
                                     Marc L. Goldman

11                                    U.S. Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

**ORDER OF DETENTION AFTER HEARING (18 U.S.C. §3142(i))**